In the Matter of WILLIE SUMPTER, Respondent, v. WHITE PLAINS HOUSING AUTHORITY, Appellant.—

Rabin, P. J., Latham, Christ, Brennan and Benjamin, JJ., concur.